Believers of Islam, Inc., a Corporation Not for Profit, and Elijah Mohammed, Plaintiffs-Appellees, v. City of Chicago, a Municipal Corporation, Defendant-Appellant.

Gen. No. 47,368.

First District, Second Division.
November 25, 1958.
Released for publication December 16, 1958.

John C. Melaniphy, Corporation Counsel of City of Chicago (Sydney R. Drebin, Harry A.

Cooper, Assistant Corporation Counsel, Robert J. Collins, Special Assistant Corporation Counsel, of counsel) for defendant-appellant; Maurice J. Nathanson (Jay I. Messinger, of counsel) for plaintiffs-appellees. Opinion by PRESIDING JUSTICE LEWE. Not to be published in full.